FILED

KNEAFSEY & FRIEND LLP
SEAN M. KNEAFSEY (SBN 180863)
skneafsey@kneafseyfriend.com
800 Wilshire Blvd., Suite 710
Los Angeles, California 90017
Phone: (213) 892-1200
Fax: (213) 892-1208

2012 FEB 23  PM 3: 21

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY _____

Attorneys for Plaintiff
IRONCLAD PERFORMANCE
WEAR CORPORATION

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

IRONCLAD PERFORMANCE WEAR
CORPORATION, a California
corporation,

    Plaintiff,

vs.

MARMON GROUP LLC, an Illinois
Limited Liability Company, dba Wells
Lamont, WELLS LAMONT, a business
entity of unknown form,

    Defendants.

Case No. CV 12  1558 - CAS (PJW)

**COMPLAINT FOR
INFRINGEMENT OF U.S.
PATENT NO. 7,287,285**

**[Demand for Jury Trial]**

    For its complaint against MARMON GROUP LLC, an Illinois Corporation, dba Wells Lamont, and WELLS LAMONT, a business entity of unknown form, Plaintiff IRONCLAD PERFORMANCE WEAR CORPORATION, a California corporation, alleges as follows:

COMPLAINT

## JURISDICTION AND VENUE

1.      This is a civil action arising in part under laws of the United States relating to patents (35 U.S.C. §§ 271, 281, 283, 284, and 285).  This Court has federal jurisdiction of such federal question claims pursuant to 28 U.S.C. §§ 1331 and 1338(a).

2.      The acts and transactions complained of herein were conceived, carried out, made effective, and had effect within the State of California and within this district, among other places.  Venue is proper under 28 U.S.C. §§ 1391(b), 1391(c) and 1400(a), because Plaintiff is informed and believes that Defendants have committed acts of infringement in the County of Los Angeles.

## THE PARTIES

3.      Plaintiff IRONCLAD PERFORMANCE WEAR CORPORATION ("Ironclad"), is a corporation duly organized and existing under the laws of the State of California with its principal place of 2201 Park Place, Suite 101, El Segundo, CA 90245.

4.      Plaintiff is informed and believes that Defendant MARMON GROUP LLC, an Illinois Limited Liability Company, does business as Wells Lamont in the State of California by either  directly infringing, contributing to the infringement, or inducing the infringement of U.S. Patent No. 7,287,285 in this judicial district. Plaintiff is informed and believes that the MARMON GROUP LLC's principal place of business is 181 West Madison St., 26th Floor, Chicago, Illinois 60602-4510.

5.      Plaintiff has separately named Wells Lamont because it is unclear from Wells Lamont's and THE MARMON GROUP LLC'S public filings if Wells Lamont is a separate business entity from THE MARMON GROUP LLC.  Plaintiff is informed and believes that Wells Lamont is located at 6640 West Touhy Avenue, Chicago, IL 60714-4587.

Kneafsey & Friend LLP
800 Wilshire Blvd, Suite 710
Los Angeles, California 90017

COMPLAINT

## CLAIM FOR RELIEF

### INFRINGEMENT OF U.S. PATENT NO. 7,287,285

6.       Plaintiff Ironclad incorporates by reference the preceding allegations of this Complaint as though fully set forth herein.

7.       Plaintiff Ironclad is the owner, by assignment, of U.S. Patent No. 7,287,285 (the '285 Patent") entitled "Glove Construction Wherein Palm Material Rolls Over Fingertip."  A copy of the '285 Patent is attached hereto as Exhibit 1.

8.       Defendants have infringed and continue to infringe the '285 Patent by making, using, selling, or offering to sell in the United States the Wells Lamont "Womens Ultimate Work Gloves," product number 7650M, a photograph of which, with packaging, is attached as Exhibit 2.  Plaintiff is informed and believes that in addition to directly infringing the '285 Patent, Defendants have contributed to the infringement and/or induced others to infringe the '285 Patent.

9.       As a direct and proximate result of Defendants' infringement, contributory infringement and/or inducement to infringe the '285 Patent, Plaintiff has been and continues to be damaged in an amount to be proven at trial.

10.      Defendants' infringement is ongoing and has caused, and, unless enjoined and restrained by this Court, will continue to cause Plaintiff great and irreparable injury to, among other things, Plaintiff's good will, business reputation, and market share.  Plaintiff is therefore entitled to injunctive relief enjoining and restraining Defendants, and their respective officers, agents, servants, and employees, and all persons acting in concert with them, and each of them, from further infringement of the '285 Patent.

Kneafsey & Friend LLP
800 Wilshire Blvd, Suite 710
Los Angeles, California 90017

# PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays for judgment against Defendants as follows:

(1)   For a judicial determination and declaration that Defendants have infringed the '285 Patent;

(2)   For a judicial determination and decree that Defendants' infringement of the '285 Patent has been willful;

(3)   For damages resulting from Defendants' infringement of the '285 Patent, and the trebling of such damages because of the willful and deliberate nature of Defendants' infringement;

(4)   For injunctive relief enjoining against further infringement of the '285 Patent by Defendants, their officers, directors, shareholders, agents, servants, employees, and all other entities and individuals acting in concert with them or on their behalf;

(5)   For an assessment of prejudgment interest on damages;

(6)   For a declaration that this is an exceptional case under 35 U.S.C. Section 285 and for an award of attorneys' fees and costs in this action;

(7)   For such other and further relief as the Court deems just and equitable.

DATED:  February 23, 2012      KNEAFSEY & FRIEND LLP

By _____
        Sean M. Kneafsey
Attorneys for Plaintiff, IRONCLAD
PERFORMANCE WEAR CORPORATION

Kneafsey & Friend LLP
800 Wilshire Blvd, Suite 710
Los Angeles, California 90017

- 4 -

1

## **DEMAND FOR JURY TRIAL**

Plaintiffs hereby demands a trial by jury of any issue triable by right of a jury pursuant to Rule 38 of the Federal Rules of Civil Procedure.

DATED:  February 23, 2012      KNEAFSEY & FRIEND LLP

By

Sean M. Kneafsey
Attorneys for Plaintiff, IRONCLAD
PERFORMANCE WEAR CORPORATION

**Kneafsey & Friend LLP**
800 Wilshire Blvd, Suite 710
Los Angeles, California 90017

-5-

DEMAND FOR JURY TRIAL

# EXHIBIT 1

US007287285B2

(12) **United States Patent**
Jaeger et al.

(10) Patent No.: **US 7,287,285 B2**
(45) Date of Patent: **\*Oct. 30, 2007**

(54) **GLOVE CONSTRUCTION WHEREIN PALM MATERIAL ROLLS OVER FINGERTIP**

(76) Inventors: **Eric M. Jaeger**, 425 20th St., Manhattan Beach, CA (US) 90266; **Eduard A. Jaeger**, 443 Concord St., El Segundo, CA (US) 90245

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 23 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **10/459,774**

(22) Filed: **Jun. 13, 2003**

(65) **Prior Publication Data**

US 2004/0250335 A1    Dec. 16, 2004

(51) Int. Cl.
*A41D 19/00*    (2006.01)

(52) U.S. Cl. ............................................. **2/161.1; 2/16**

(58) Field of Classification Search ................. 2/161.6, 2/163, 161.1, 169, 16, 20
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

133,376 A * 11/1872 Mason ........................... 2/169

| | | | | |
|---|---|---|---|---|
| 745,088 A | * | 11/1903 | Winkler ........................ | 2/163 |
| 1,239,255 A | * | 9/1917 | Burroughs ...................... | 2/163 |
| 1,377,338 A | * | 5/1921 | Grinnell ........................ | 2/169 |
| 2,018,442 A | * | 10/1935 | Elkus ............................ | 2/161.6 |
| 2,295,507 A | * | 9/1942 | Wells, Jr. et al. ............ | 2/161.6 |
| 2,632,171 A | * | 3/1953 | Kuh ............................ | 2/161.6 |
| 4,858,245 A | * | 8/1989 | Sullivan et al. ................ | 2/21 |
| 5,231,700 A | * | 8/1993 | Cutshall ...................... | 2/161.7 |
| 5,774,897 A | * | 7/1998 | Hochmuth .................... | 2/161.1 |
| 7,100,212 B2 | * | 9/2006 | Jaeger ........................ | 2/161.1 |
| 2004/0025226 A1 | * | 2/2004 | Jaeger ........................ | 2/161.6 |
| 2004/0025227 A1 | * | 2/2004 | Jaeger ........................ | 2/161.6 |

OTHER PUBLICATIONS

www.iclad.com-assignee and inventor's website.*

* cited by examiner

*Primary Examiner*—Katherine Moran

(57)        **ABSTRACT**

A glove structure that incorporates a palm piece having a portion that rolls over the fingertips and is sewn to the top portion of the back piece thus eliminating the conventional thick seam lines on the fingertips and resulting in a smooth seam of material over the entire fingertip and a substantial increase in finger tactility. The palm material narrows as it rolls over the fingertip and preferably has the shape of an hourglass.

3 Claims, 5 Drawing Sheets



**EXHIBIT 1 PAGE 6**



FIG.1
PRIOR
ART

FIG.2
PRIOR ART

**EXHIBIT 1 PAGE 7**



FIG. 3
PRIOR ART

FIG. 4
PRIOR ART

**EXHIBIT 1 PAGE 8**



FIG.5

FIG.7

FIG.7A

**EXHIBIT 1 PAGE 9**

Case 2:12-cv-01558-CAS-PJW   Document 1   Filed 02/23/12   Page 11 of 23   Page ID #:14



*FIG.6*

**EXHIBIT 1 PAGE 10**



FIG.8

FIG.9

**EXHIBIT 1 PAGE 11**

US 7,287,285 B2

**1**

## GLOVE CONSTRUCTION WHEREIN PALM MATERIAL ROLLS OVER FINGERTIP

### BACKGROUND OF THE INVENTION

1. Field of the Invention

The present invention provides an improved glove construction wherein the palm material has a portion which rolls over the fingertips.

2. Description of the Prior Art

Gloves specifically designed for use in the construction industry have been available in the prior art. For example, Ironclad Performance Wear Corp., Los Angeles, California., sells a variety of gloves having a palm piece attached to a back piece through the use of fourchettes. The glove fingers are attached to the palm and back pieces across the tips of the fingers, down the side of each finger and down through the crotch between each finger. The Ironclad gloves typically have a pattern on the palm piece to protect the user hand from strain, vibration or abrasion.

U.S. Pat. No. 5,490,290 to Gold discloses a glove structure wherein the palm piece is attached to the back piece through the use of connector strips made from stretchable elastic fabric, such as spandex.

The problems with the conventional glove design is that sensitivity is reduced as the typical glove has materials (4) coming together at one point; wearer fingernails tend to hang up on seams reducing the utility and mobility when the gloves are worn; seams in the central wear area cause the glove material wearing out; the presence of multiple materials and seams reduces wear comfort; the plural seams and materials increases the likelihood that the glove will snag on outside items such as nails and screws; and the fingernails are susceptible to damage because of the thin and lighter palm material used in conventional gloves.

Ski gloves have been available which include an inner glove portion and an outer shell glove portion which includes a palm design that wraps up and over the fingertips. This ski glove construction is not a single, fitted glove, is primarily limited to skiing and other winter sport activities and is not designed to be long lived.

The glove construction disclosed in co-pending application Ser. No. 10/215,946, filed on Aug. 10, 2002 and assigned to the assignee of the instant application overcomes the above noted disadvantages by providing a fitted glove structure that incorporates a palm piece having a molded rubber palm pattern, the palm pattern including a portion which rolls over to the back piece in a manner that increases fingertip sensitivity, increases the mobility and efficiency of the wearer, increases glove lifetime, increases wearer comfort and increases fingernail protection. The palm piece and back piece on the second, third and fourth finger are joined by fourchettes and the palm pattern is made of heat pressable rubber. A portion of the molded rubber palm pattern extends over the fingertips (except the thumb) and is sewn to the stretch nylon on the top portion of the back piece.

The glove described in the aforementioned '946 application provides a significant advance in the construction of gloves. Although the inventive concept disclosed therein is directed to fingertip roll over of the molded rubber palm pattern, it has now been recognized that the same glove construction advantage could also be adapted to the palm material itself, without the inclusion of the molded rubber palm pattern.

**2**

### SUMMARY OF THE INVENTION

The present invention provides a glove structure that incorporates a palm piece having a portion that rolls over the fingertips and is sewn to the top portion of the back piece.

The palm pattern with the roll over fingertip portion is unique in work gloves and sport gloves by eliminating the thick seam lines on the fingertips and resulting in a smooth seam of material over the entire fingertip and a substantial increase in finger tactility. This increase in tactility provides a glove that is more comfortable and more functional than available in the prior art. A user can pick up small objects such as coins, nails, screws, buttons, etc, and will also have a heightened awareness of the contact environment— smooth vs. rough, for example

Since the palm material rolls over the distal end of the finger (i.e. the fingertip), there is no horizontal seam at the fingertip, the palm material being secured to the glove back and not at the fingertip. The palm material narrows as it rolls over the fingertip and preferably, has the shape is that of an hourglass. This narrowed shape enables the fourchettes at the finger sides to be more rounded in shape, the glove fingers in turn tapering at the tip, thus providing a shape that fits the user's hands in a more natural manner.

The present invention thus provides a fitted glove configuration that increases wearer comfort and enables various types of objects to be grasped by the user while increasing glove lifetime.

### DESCRIPTION OF THE DRAWINGS

For a better understanding of the present invention as well as other objects and further features thereof, reference is made to the following description which is to be read in conjunction with the accompanying drawing therein:

FIG. 1 is a view of the palm portion of a glove configuration of the prior art;

FIG. 2 is a sectional view along line 2-2 of FIG. 1;

FIG. 3 is a view of the glove configuration shown in FIG. 1 turned inside out;

FIG. 4 is a sectional view along line 4-4 of FIG. 3;

FIG. 5 is a view of the palm portion of a glove configuration of the present invention;

FIG. 6 is a view of the back piece portion of the glove configuration shown in FIG. 5;

FIG. 7 is a sectional view along line 7-7 of FIG. 5;

FIG. 7A is a top view of a glove fingertip;

FIG. 8 is a view of the glove configuration of FIG. 5 turned inside out; and

FIG. 9 illustrates a further glove configuration wherein the roll over fingertip is reinforced.

### DESCRIPTION OF THE INVENTION

Referring now to FIGS. 1 and 2, a view of a typical prior art palm piece glove construction 10 is illustrated. Palm piece 10 has a thumb portion 12 and finger portions 14a, 14b, 14c and 14d and a corresponding back piece 22. Since the concept of the present invention is related to the specific construction of the glove fingertips, the discussion that follows will be directed to that portion of the glove construction. As illustrated, fourchettes 16 are typically provided on the sides of the index finger 14a, index finger 14b, ring finger 14c, and the little finger or pinkie, 14d; the palm material 20 and the back piece spandex type material 22 are sewn together by stitching 24 as shown in FIG. 2, forming

**EXHIBIT 1 PAGE 12**

US 7,287,285 B2

3

a horizontal seam at the top of the fingertip that will cause discomfort to the glove wearer.

FIGS. 3 and 4 illustrate the glove construction of FIG. 1 turned inside-out and shows palm material 20, back spandex type material 22, and fourchettes 16 sewn together by stitching 24.

Referring now to FIGS. 5, 6 and 7, the palm piece 30 and back piece 38 of a first embodiment of the glove construction of the present invention is illustrated. Palm piece 30 comprises material 32, preferably made of a synthetic suede material such as Amara, an opening 40 in the base of glove 28 to allow a wearer to insert his/her hand therein and index finger 36a, middle finger 36b, ring finger 36c and a pinkie finger 36d. The palm material 32 varies in width as it rolls over the distal end of each finger (fingertip) onto the back of the finger and is secured to the back piece 38 of glove 28 at a position spaced from the distal end of the finger by stitches 42 and 46. In particular, the shape of material 32 narrows as it goes over the fingertip and preferably has the shape of an hourglass with the narrowest part being at the top of the fingertip (FIG. 7A). The narrowing shape provided by the fourchettes 39 forces the glove fingers to be rounded on the sides which in turn causes the glove fingers to have a shape in the form of a wearer's finger/fingertip. In essence, separate strips of material forming at least one side of each finger portion is joined both to the glove back means along the length of each finger portion and joined to the love palm means along the length of each finger.

It should be noted that although only the stitching for the index finger 36a has been illustrated, the same stitching pattern is also utilized for the other fingers.

FIG. 8 shows the glove of FIG. 5 inside out and FIG. 9 illustrates how the palm piece 32 is sewn (stitched) to the back piece 38. Back piece 38 is preferably made of a flexible, stretchable material such as ribbed spandex.

FIG. 9 is illustrative of a technique of reinforcing the roll over fingertips. In particular, a reinforcement material 42, such as synthetic suede or Duraclad, a registered mark of Ironclad Performance Wear Corp., Los Angeles, Calif. for a PVC fabric and rubber coated fabric used in the manufacture of gloves, rolls over the fingertip, crossing the back piece on the top of the finger. Reinforcement material 42 is sewn to the palm material 32 at stitches 47 and 48. Thereafter, reinforcement material 42 and palm material 32 are stitched to back piece 38 at stitches 44 and 50.

To place the invention in perspective, description of the assembly of a typical prior art glove and the roll over glove as set forth herein follows.

In a conventional glove assembly, the stitching is on the inside of the glove, assembly thus being initiated inside out.

1. A glove palm is first cut from a roll of material (additional material pieces may be added);

2. A glove back is cut/assembled from materials;

3. Fourchettes (sides of fingers) are stitched to the glove back (at this point, each fourcette is stitched to the glove back along one side of the fourcette, leaving the other side free);

4. The glove palm is then stitched to the fourchettes, along their free sides, bringing the two halves together. A continuous stitch line may be employed to join all of the fingers of the palm to all of the fourcettes. As this stitch line passes around the end of each finger, it joins the glove palm material and back material together with a seam at the fingertip (these stitches occur in a flat plane, none of the turns in the stitch line making a tight 180° turn);

5. The remainder of the glove palm and back (areas other than the fingers) are stitched together.

4

6. The glove is turned right-side out. The seams at the fingertips are thus pointed inward.

The roll-over finger tip assembly of the present invention is as follows (since all stitching is on the inside of the glove, assembly occurs with the glove inside out):

1. A glove palm is cut from a roll of material (additional material pieces may be added); the design of the palm material being such that the lengths of the finger portions are significantly longer than the finger portions of the glove back material;

2. A glove back is cut/assembled from materials;

3. The glove palm and back materials are stitched together at the end of their respective finger portions. The materials join with an overlapping seam that does not point inward when the glove is turned right-side out. Because the glove palm finger lengths are longer than the glove back finger lengths, the eventual location of the fingertip will contain palm material only. The overlapping seam will be located on or behind the fingernail, laying flat against the skin.

4. A single fourcette is stitched to the palm material along one side of a finger portion. The stitch begins at the crotch of the finger. When the stitch reaches the fingertip, a sharp 180° turn is made and proceeds along the other side of the fourcette, and continues on to stitch together the same fourcette to a finger portion of the glove back material, towards the crotch of the finger. In this fashion, the stitch has gone from the plane of the glove palm to the plane of the glove back, and has reversed directions;

5. The remaining fourcettes are stitched to the palm and back materials in the same fashion, one at a time.

6. The remainder of the glove palm and back (areas other than the fingers) are stitched together;

7. The glove is turned right-side out.

As a result of this fabrication technique, there are no horizontal seams at the fingertips, avoiding the disadvantages of the conventional glove fabrication as noted hereinabove.

The main differences that result in the two procedures are summarized as follows:

In the conventional glove fabrication (1), all fourcettes are stitched to the finger portions of the glove back in one step, along one side of each fourcette; (2) all fourcettes are stitched to the glove palm in one step, typically with a single stitch line; (3) the glove palm and back materials meet at the fingertips; (4) an inward-pointing seam is formed at the fingertips; and all stitching remains in the same plane.

In the rollover design the of present invention, (1) fourcettes are attached to the glove one at a time, first to the palm material along one side and then to the back material along the other side of the same fourcette; (2) glove palm and back materials meet on the top of the finger, at or behind the fingernail, there being no seam at the fingertip; (3) the seam at the fingernail is an overlapping seam, in which the materials lay flat against each other and do not point inward; (4) when transitioning from one side of a fourcette to the other, the stitching makes a tight 180° turn into a different plane, a novel assembly step; and (5) an optional hourglass-shaped fingertip enhances the three dimensional shape of the fingertip.

The present invention thus provides an improved glove construction wherein the glove fingertips are designed to have a shape that conforms to the shape of the wearer's fingertips and wherein the conventional seam at the end of the fingertips is eliminated.

While the invention has been described with reference to its preferred embodiments, it will be understood by those

EXHIBIT 1 PAGE 13

US 7,287,285 B2

5

skilled in the art that various changes may be made and equivalents may be substituted for elements thereof without departing from the true spirit and scope of the invention. In addition, many modifications may be made to adapt a particular situation or material to the teachings of the invention without departing from its essential teachings.

What is claimed is:

1. A glove construction comprising:

glove back means having first and second surfaces and formed in the shape of a human hand having fingers for forming a portion of the back of the glove, said glove back means having fingers portions;

glove palm means having first and second surfaces and formed in the shape of a human hand for forming a portion of the palm of the glove; said glove palm means comprising palm material having integral pieces which form finger portions, said glove back means and said glove palm means forming a portion of the glove when joined together, said integral pieces extending over at least one of said fingertips, said extended pieces having an hourglass shape and means for securing said extended piece at a predetermined distance from said fingertip, said extended integral piece comprising a first portion having a first width at a position spaced from said fingertip on said glove palm means, a second portion having a second width, less than said first width, at said fingertip and a third portion having a third width substantially equal to said first width, at a position spaced from said fingertip on said glove back means;

separate strips of material, forming at least one side of each finger portion, joined to said glove back means along the length of each finger portion and joined to said glove palm means along the length of each finger portion; and

an opening for receiving the hand of a wearer, the hand of the wearer being in contact with the first surface of said glove back means and the first surface of said glove palm means.

6

2. The glove construction of claim 1 wherein said glove back means and said glove palm means each have inner surfaces, wherein the hand of the wearer contacting said inner surfaces of said glove back means and glove palm means when inserted into said opening.

3. A glove construction comprising:

glove back means having first and second surfaces and formed in the shape of a human hand having fingers for forming a portion of the back of the glove, said glove back means having fingers portions;

glove palm means having first and second surfaces and formed in the shape of a human hand for forming a portion of the palm of the glove; said glove palm means comprising palm material having integral pieces which form finger portions, said glove back means and said glove palm means forming a portion of the glove when joined together, said integral pieces extending over at least one of said fingertips, said extended pieces having an hourglass shape, said hourglass shape having first and second portions of a first width and a third portion between said first and second portions of a second width, said second width being less than said first width;

separate strips of material, forming at least one side of each finger portion, joined to said glove back means along the length of each finger portion and joined to said glove palm means along the length of each finger portion;

an opening for receiving the hand of a wearer; and

means for securing said extended integral piece to said glove back means, the hand of the wearer being in contact with the first surface of said glove back means and the first surface of said glove palm means.

* * * * *

EXHIBIT 1 PAGE 14

# EXHIBIT 2




**EXHIBIT 2 PAGE 15**





**EXHIBIT 2 PAGE 16**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge Christina A. Snyder and the assigned discovery Magistrate Judge is Patrick J. Walsh.

The case number on all documents filed with the Court should read as follows:

### CV12- 1558 CAS (PJWx)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

========================================================

**NOTICE TO COUNSEL**

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| [X] **Western Division** | [ ] **Southern Division** | [ ] **Eastern Division** |
|---|---|---|
| 312 N. Spring St., Rm. G-8 | 411 West Fourth St., Rm. 1-053 | 3470 Twelfth St., Rm. 134 |
| Los Angeles, CA 90012 | Santa Ana, CA 92701-4516 | Riverside, CA 92501 |

Failure to file at the proper location will result in your documents being returned to you.

KNEAFSEY & FRIEND LLP
Sean M. Kneafsey (SBN 180863)
800 Wilshire Blvd., Suite 710
Los Angeles, CA 90017
Tel: (213) 892-1200
Fax: (213) 892-1208

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IRONCLAD PERFORMANCE WEAR CORPORATION, a California corporation,<br><br>PLAINTIFF(S),<br><br>v.<br><br>MARMON GROUP LLC, an Illinois Limited Liability Company, dba Wells Lamont, WELLS LAMONT, a business entity of unknown form,<br><br>DEFENDANT(S). | CASE NUMBER<br><br>CV 12 1558 - CAS (PJW)<br><br><br>SUMMONS |

TO:   DEFENDANT(S): <u>MARMON GROUP LLC, an Illinois Limited Liability Company,</u>
<u>dba Wells Lamont, WELLS LAMONT, a business entity of unknown form,</u>

A lawsuit has been filed against you.

Within __21__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☑ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff's attorney, <u>Sean M. Kneafsey</u>, whose address is <u>800 Wilshire Blvd., Suite 710, Los Angeles, CA 90017</u>. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

Clerk, U.S. District Court

Dated: ___FEB 2 3 2012___

By: _____
Deputy Clerk

*(Seal of the Court)*

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States.  Allowed 60 days by Rule 12(a)(3)].*

KNEAFSEY & FRIEND LLP
Sean M. Kneafsey (SBN 180863)
800 Wilshire Blvd., Suite 710
Los Angeles, CA 90017
Tel: (213) 892-1200
Fax: (213) 892-1208

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IRONCLAD PERFORMANCE WEAR CORPORATION,  a California corporation, <br><br> PLAINTIFF(S) <br><br> v. <br><br> MARMON GROUP LLC, an Illinois Limited Liability Company, dba Wells Lamont, WELLS LAMONT, a business entity of unknown form, <br><br> DEFENDANT(S). | CASE NUMBER <br><br> CV 12  1558—CAS(PJW) <br><br> **SUMMONS** |

TO:     DEFENDANT(S): MARMON GROUP LLC, an Illinois Limited Liability Company,
        dba Wells Lamont, WELLS LAMONT, a business entity of unknown form,

A lawsuit has been filed against you.

Within  21  days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☑ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure.   The answer or motion must be served on the plaintiff's attorney, Sean M. Kneafsey _____, whose address is 800 Wilshire Blvd., Suite 710, Los Angeles, CA 90017 _____. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

Clerk, U.S. District Court

Dated:  FEB 2 3 2012 _____

By: _____
MARILYN DAVIS
Deputy Clerk

*(Seal of the Court)*

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States.  Allowed 60 days by Rule 12(a)(3)].*

## UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
### CIVIL COVER SHEET

**I (a) PLAINTIFFS** (Check box if you are representing yourself ☐)
IRONCLAD PERFORMANCE WEAR CORPORATION, a California
corporation

**DEFENDANTS**
MARMON GROUP LLC, an Illinois Limited Liability Company, dba Wells
Lamont, WELLS LAMONT, a business entity of unknown form

**(b)** Attorneys (Firm Name, Address and Telephone Number. If you are representing
yourself, provide same.)

KNEAFSEY & FRIEND LLP, Sean M. Kneafsey
800 Wilshire Blvd., Suite 710, Los Angeles, CA 90017
(213) 892-1200

Attorneys (If Known)

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff      ☑ 3 Federal Question (U.S.
Government Not a Party)

☐ 2 U.S. Government Defendant     ☐ 4 Diversity (Indicate Citizenship
of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☑ 1 Original Proceeding   ☐ 2 Removed from State Court   ☐ 3 Remanded from Appellate Court   ☐ 4 Reinstated or Reopened   ☐ 5 Transferred from another district (specify):   ☐ 6 Multi-District Litigation   ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☑ Yes   ☐ No (Check 'Yes' only if demanded in complaint.)

**CLASS ACTION under F.R.C.P. 23:** ☐ Yes ☑ No   ☑ **MONEY DEMANDED IN COMPLAINT: $** To Be Determined at Trial

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
Patent Infringement (35 USC sections 271, et seq.)

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 530 General | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 535 Death Penalty | |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 340 Marine | **BANKRUPTCY** | ☐ 540 Mandamus/ Other | ☐ 740 Railway Labor Act |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 550 Civil Rights | ☐ 790 Other Labor Litigation |
| ☐ 480 Consumer Credit | ☐ 151 Medicare Act | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | ☐ 555 Prison Condition | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 490 Cable/Sat TV | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 355 Motor Vehicle Product Liability | **CIVIL RIGHTS** | **FORFEITURE / PENALTY** | **PROPERTY RIGHTS** |
| ☐ 810 Selective Service | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 360 Other Personal Injury | ☐ 441 Voting | ☐ 610 Agriculture | ☑ 820 Copyrights |
| ☐ 850 Securities/Commodities/ Exchange | | ☐ 362 Personal Injury-Med Malpractice | ☐ 442 Employment | ☐ 620 Other Food & Drug | ☑ 830 Patent |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 160 Stockholders' Suits | ☐ 365 Personal Injury-Product Liability | ☐ 443 Housing/Acco-mmodations | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 840 Trademark |
| ☐ 890 Other Statutory Actions | ☐ 190 Other Contract | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 444 Welfare | | **SOCIAL SECURITY** |
| ☐ 891 Agricultural Act | ☐ 195 Contract Product Liability | | ☐ 445 American with Disabilities - Employment | ☐ 630 Liquor Laws | ☐ 861 HIA (1395ff) |
| ☐ 892 Economic Stabilization Act | ☐ 196 Franchise | **REAL PROPERTY** | | ☐ 640 R.R. & Truck | ☐ 862 Black Lung (923) |
| ☐ 893 Environmental Matters | **REAL PROPERTY** | ☐ 210 Land Condemnation | **IMMIGRATION** | ☐ 650 Airline Regs | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 894 Energy Allocation Act | ☐ 210 Land Condemnation | ☐ 220 Foreclosure | ☐ 446 American with Disabilities - Other | ☐ 660 Occupational Safety /Health | ☐ 864 SSID Title XVI |
| ☐ 895 Freedom of Info. Act | ☐ 220 Foreclosure | ☐ 230 Rent Lease & Ejectment | ☐ 462 Naturalization Application | ☐ 690 Other | ☐ 865 RSI (405(g)) |
| ☐ 900 Appeal of Fee Determi-nation Under Equal Access to Justice | ☐ 230 Rent Lease & Ejectment | ☐ 240 Torts to Land | ☐ 463 Habeas Corpus-Alien Detainee | | **FEDERAL TAX SUITS** |
| ☐ 950 Constitutionality of State Statutes | ☐ 240 Torts to Land | ☐ 245 Tort Product Liability | ☐ 465 Other Immigration Actions | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| | ☐ 245 Tort Product Liability | ☐ 290 All Other Real Property | ☐ 440 Other Civil Rights | | ☐ 871 IRS-Third Party 26 USC 7609 |
| | ☐ 290 All Other Real Property | | | | |

CV12  1558

**FOR OFFICE USE ONLY:**   Case Number: _____

**AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.**

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
CIVIL COVER SHEET

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? ☑ No  ☐ Yes
If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? ☑ No  ☐ Yes
If yes, list case number(s): _____

**Civil cases are deemed related if a previously filed case and the present case:**

(Check all boxes that apply)  ☐ A. Arise from the same or closely related transactions, happenings, or events; or
☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or
☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
☐ D. Involve the same patent, trademark or copyright, _and_ one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named plaintiff resides.
☐   Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles County (IRONCLAD) | |

(b) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named defendant resides.
☐   Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| | Illinois (MARMON GROUP LLC) |
| | Illinois (WELLS LAMONT) |

(c) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** claim arose.
   Note: In land condemnation cases, use the location of the tract of land involved.

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles | |

* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties
Note: In land condemnation cases, use the location of the tract of land involved

X. SIGNATURE OF ATTORNEY (OR PRO PER): _____   Date February 23, 2012

Notice to Counsel/Parties: The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |