JS-6

1
2
3
4
5
6
7
8

9          UNITED STATES DISTRICT COURT

10          CENTRAL DISTRICT OF CALIFORNIA

11

| | |
|---|---|
| 12 IRONCLAD PERFORMANCE WEAR CORPORATION, a California corporation, | CASE NO.  CV 12-1558 – CAS (PJWx) |
| 13 Plaintiff, | **ORDER OF DISMISSAL AND RETENTION OF JURISIDICTION** |
| 14 v. | |
| 15 MARMON GROUP LLC, an Illinois Limited Liability Company, dba Wells Lamont, WELLS LAMONT, a business entity of unknown form, | |
| 16 | |
| 17 | |
| 18 Defendants. | |

19
20
21
22
23
24
25
26
27
28

Pursuant to the stipulation of the parties, it is hereby ORDERED THAT:

1.  The Action is dismissed <u>with prejudice</u> as to the Released Claims only as defined in the parties' Agreement.

2.  The Action is dismissed <u>without prejudice</u> as to all other claims.

3.  The Court shall retain jurisdiction to enforce the terms of the Agreement.

SO ORDERED

Dated: 1/17/2013_____

_____
The Honorable Christina A. Snyder
United States District Judge

-1-

ORDER OF DISMISSAL AND
RETENTION OF JURISDICTION